IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| RDO Equipment, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> senseFly, Ltd., <br><br> Defendant. | CV 18-112-BLG-SPW-TJC <br><br> ORDER |

Upon Stipulation for Dismissal with Prejudice (Doc. 4) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorneys' fees.

DATED this 19th day of March, 2019.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1